**MacArthur DAY, Plaintiff–Appellant,**

**v.**

**Frank MORGAN; Connie Long; Ed Estridge; Lee Walker; Ronald Chestnut; Linda Horton; KCSD, Kershaw County School District, Defendants–Appellees.**

No. 11–1894.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2012.

Decided: Feb. 9, 2012.

MacArthur Day, Appellant Pro Se. Kenneth Lendren Childs, Jasmine Rogers Drain, Allen Dean Smith, Childs & Halligan, Columbia, South Carolina, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

MacArthur Day appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Day v. Morgan,* No. 3:10–cv–00454–JFA (D.S.C. Aug. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*